1  RYAN ALEXANDER
   Nevada Bar No. 10845
2  RYAN ALEXANDER, CHTD.
   3017 West Charleston Blvd., Ste. 58
3  Las Vegas, NV 89102
   Phone: (702) 868-3311
4  Fax: (702) 822-1133
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NYDIA DURKEE, an Individual<br><br>Plaintiff,<br><br>v.<br><br>GUCCI AMERICA, INC., a New York Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-1825-GMN-VCF<br>Hon. Gloria M. Navarro<br><br>**STIPULATION TO CONTINUE START TIME OF JANUARY 12, 2016, EARLY NEUTRAL EVALUATION** |

   PLAINTIFF NYDIA DURKEE, by and through her counsel of record, Ryan Alexander, and Defendant GUCCI AMERICA, INC., by and through their counsel Kathryn T. McGuigan, Esq.,

   **HEREBY STIPULATE AND AGREE** that the Early Neutral Evaluation scheduled for 9:30am on January 12, 2016 be continued to **10:30am** on January 12, 2016, in order to accommodate counsel Ryan Alexander, who has a hearing in another federal court in Las Vegas at 9:00am;

//

//

1

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2015.

| | |
|---|---|
| RYAN ALEXANDER, CHTD. | MORGAN, LEWIS & BOCKIUS LLP |
| *[signature]* | /s/Kathryn T. McGuigan |
| RYAN ALEXANDER | Kathryn T. McGuigan, Esq. |
| Nevada Bar No. 10845 | Admitted Pro Hac Vice |
| 3017 West Charleston Blvd., Ste. 58 | 300 South Grand Avenue, Twenty-Second Floor |
| Las Vegas, NV 89102 | Los Angeles, CA 90071-3132 |
| Phone: (702) 868-3311 | Phone: (213) 612-7390 |
| Fax: (702) 822-1133 | Fax: (213) 612-2501 |
| Ryan@RyanAlexander.us | kmcguigan@morganlewis.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

The January 12, 2016, Early Neutral Evaluation in this case will commence at **10:30am**.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 11, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Ryan Alexander Chtd., and on the 11th day of January 2016, the foregoing STIPULATION TO CONTINUE EARLY NEUTRAL EVALUTION START TIME was served by CM/ECF system upon:

Kathryn T. McGuigan, Esq.
300 South Grand Avenue, 22nd Fl.
Los Angeles, CA 90071-3132
Phone: (213) 612-7390
Fax: (213) 612-2501
kmcguigan@morganlewis.com
*Attorneys for Defendant*

        */s/Ryan Alexander*
        _____
        An Employee of Ryan Alexander, Chtd.