MORGAN, LEWIS & BOCKIUS LLP
INGRID A. MYERS (NSB# 6755)
imyers@morganlewis.com
BARBARA A. FITZGERALD (*pro hac vice*)
bfitzgerald@morganlewis.com
KATHRYN T. McGUIGAN (*pro hac vice*)
kmcguigan@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:  213.612.2500
Fax:  213.612.2501

Attorneys for Defendant
GUCCI AMERICA, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NYDIA DURKEE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GUCCI AMERICA, INC., a New York Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-1825<br><br>**STIPULATION OF DISMISSAL OF THE ENTIRE ACTON WITH PREJUDICE; PROPOSED ORDER**<br><br>FRCP 41(a)(1)(A)(ii) |

Morgan, Lewis &
Bockius LLP
Attorneys at Law
Los Angeles

STIPULATION OF DISMISSAL OF THE
ENTIRE ACTION WITH PREJUDICE

DB2/ 28124524.1

1  **IT IS HEREBY STIPULATED** by and between the parties to this action, through their undersigned counsel of record, that the above-captioned action by Plaintiff Nydia Durkee is hereby dismissed in its entirety by Plaintiff as to all parties, with prejudice, pursuant to FRCP 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs. A proposed Order is filed with this Stipulation for the Court's convenience. This Court will retain jurisdiction over enforcement of the settlement agreement.

Dated: February 1, 2016

RYAN ALEXANDER, CHTD.

By_____
    Ryan Alexander
    Attorneys for Plaintiff

Dated: February 2, 2016

MORGAN, LEWIS & BOCKIUS LLP

By_____
    Barbara A. Fitzgerald
    Attorneys for Defendant
    GUCCI AMERICA, INC.

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NYDIA DURKEE, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>GUCCI AMERICA, INC., a New York Corporation, DOES I through X, inclusive, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-1825<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 28124527.1

[PROPOSED] ORDER
2:15-CV-1825

After consideration of the parties' Joint Stipulation for Dismissal Pursuant to Federal Rule of Civil Procedure 41, the Court hereby ORDERS as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed in its entirety with prejudice, each side to bear their own costs and attorneys' fees. This Court will retain jurisdiction over the settlement.

IT IS SO ORDERED.

Dated: February 2, 2016

_____
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB2/ 28124527.1

1

[PROPOSED] ORDER
2:15-CV-1825